[No. 49236-5-I.   Division One.   February 24, 2003.]

RICHARD PETTERS, *Appellant*, v. WILLIAMSON & ASSOCIATES, INC., *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 99-2-05275-2, Catherine D. Shaffer, J., entered July 9 and August 21, 2001. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Kennedy and Agid, JJ.

[No. 49342-6-I.   Division One.   February 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY BOLTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05167-7, Dean Scott Lum, J., entered September 28, 2001. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Agid, JJ.

[No. 49929-7-I.   Division One.   February 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERLING BIGGNESS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-1-00158-6, John M. Meyer, J., entered December 17, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 50004-0-I.   Division One.   February 24, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK WILLIAM ARNOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-00234-4, Michael F. Moynihan, J., entered February 8, 2002. *Dismissed* by unpublished per curiam opinion.